UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
ROBERT ACEVEDO,

                        Plaintiff,

          v.

DLR PROPERTIES, LLC,  TGI FRIDAYS FRANCHISOR,
LLC AND 211 WEST 34 OPERATING, LLC,

                       Defendants.
--------------------------------------------------------------------------x

**Docket No. 1:22-cv-08947-JLR**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Robert Acevedo, by and through his counsel, hereby dismisses this entire action, inclusive of defendants  DLR Properties, LLC, TGI Fridays Franchisor, LLC and 211 West 34 Operating, LLC from the above-captioned action.

Dated:  January 25, 2023
       New York, New York

    **PARKER HANSKI LLC**

    By:_____/s/_____
      Robert G. Hanski, Esq.
      Attorneys for Plaintiff
      40 Worth Street, Suite 602
      New York, New York 10013
      Tel  (212) 248-7400
      Fax (212) 248-5600
      rgh@parkerhanski.com